UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: KNUTSON-GOLDEN, MARGARET E. | § Case No. 04-71259 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/20/2010 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 09/13/2010        By: /s/JOSEPH D. OLSEN
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: KNUTSON-GOLDEN, MARGARET E. | § | Case No. 04-71259 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*        $   43,122.76

*and approved disbursements of*              $        0.00

*leaving a balance on hand of* [1]            $   43,122.76

Claims of secured creditors will be paid as follows:

*Claimant*                                   *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,799.37 | $ 22.50 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 906.50 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*          *Fees*          *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number     Claimant                                   Allowed Amt. of Claim     Proposed Payment*
                                     N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,587.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 108.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | AMCORE BANK, N.A. | $ 385.99 | $ 385.99 |
| 1I | AMCORE BANK, N.A. | $ 31.35 | $ 31.35 |
| 3 | Capital One Bank | $ 1,232.32 | $ 1,232.32 |
| 3I | Capital One Bank | $ 100.09 | $ 100.09 |
| 4 | Capital One Bank | $ 4,588.94 | $ 4,588.94 |
| 4I | Capital One Bank | $ 372.72 | $ 372.72 |
| 5 | ALLIED BUSINESS ACCOUNTS, INC. | $ 380.10 | $ 380.10 |
| 5I | ALLIED BUSINESS ACCOUNTS, INC. | $ 30.87 | $ 30.87 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 594.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 108.1 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 6 | eCAST Settlement Corporation assignee of | $ 594.67 | $ 594.67 |
| 6I | eCAST Settlement Corporation assignee of | $ 48.30 | $ 48.30 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $32,629.04.

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1                  Date Rcvd: Oct 01, 2010
Case: 04-71259                Form ID: pdf006            Total Noticed: 13

The following entities were noticed by first class mail on Oct 03, 2010.
db           +Margaret E. Knutson-Golden,    1511 8th Avenue, #1,    Rockford, IL 61104-3211
aty          +Brian A Hart,    Brian A Hart Law Offices PC,    1410 N. Main St.,    Rockford, IL 61103-6239
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
7855054      +ALLIED BUSINESS ACCOUNTS, INC.,    300 1/2 South Second Street,    P.O. Box 1600,
               Clinton IA 52733-1600
7855055      +AMCORE BANK, N.A.,    Attn: Marilyn Kiefer,    1210 S. Alpine Rd.,    Rockford IL 61108-3946
7855056      +AOL PROCESSING SERVICES,    P.O. Box 28640,    Jacksonville FL 32226
7855057       CAPITAL ONE,    P.O. Box 85015,    Richmond VA 23285-5015
7855059       HOUSEHOLD CREDIT SERVICES,    P.O. Box 80084,    Salinas CA 93912-0084
7855060       LANE BRYANT,    P.O. Box 182121,    Columbus OH 43218-2121
7855061      +MED-LAGAL,    1409 Fairfield Road, #2,    Hopkins MN 55305-1749
7855062      +ROCKFORD HEALTH SYSTEMS,    Rockford Clinic,    2300 N. Rockton Avenue,    Rockford IL 61103-3692
7855063       SWEDISH AMERICAN MEDICAL GROUP,    2550 Charles Street,    P.O. Box 1567,    Rockford IL 61110-0067
12350607      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7855053        MARGARET E. KNUTSON-GOLDEN
aty*          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
8315264      ##+Capital One Bank,    POB 85167,    Richmond VA 23285-5167
7855058      ##+HERITAGE FEDERAL CREDIT UNION,    634 N. Church Street,    Rockford IL 61103-6915
                                                                                            TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 03, 2010**                          **Signature:** _/s/ Joseph Speetjens_