# AMENDED
## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-71259
Case Name: KNUTSON-GOLDEN, MARGARET E.
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 43,123.34

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 43,123.34

**UST Form 101-7-TFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,799.83 | 0.00 | 1,799.83 |
| Trustee, Expenses - JOSEPH D. OLSEN | 22.50 | 0.00 | 22.50 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 906.50 | 0.00 | 906.50 |

Total to be paid for chapter 7 administration expenses: $ 2,728.83
Remaining balance: $ 40,394.51

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

|   |   |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 40,394.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 6,587.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 108.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | AMCORE BANK, N.A. | 385.99 | 0.00 | 385.99 |
| 1I | AMCORE BANK, N.A. | 31.57 | 0.00 | 31.57 |
| 3 | Capital One Bank | 1,232.32 | 0.00 | 1,232.32 |
| 3I | Capital One Bank | 100.79 | 0.00 | 100.79 |
| 4 | Capital One Bank | 4,588.94 | 0.00 | 4,588.94 |
| 4I | Capital One Bank | 375.33 | 0.00 | 375.33 |
| 5 | ALLIED BUSINESS ACCOUNTS, INC. | 380.10 | 0.00 | 380.10 |
| 5I | ALLIED BUSINESS ACCOUNTS, INC. | 31.09 | 0.00 | 31.09 |

Total to be paid for timely general unsecured claims:   $   6,587.35
Remaining balance:   $   33,807.16

UST Form 101-7-TFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 594.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 108.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | eCAST Settlement Corporation assignee of | 594.67 | 0.00 | 594.67 |
| 6I | eCAST Settlement Corporation assignee of | 48.64 | 0.00 | 48.64 |

Total to be paid for tardy general unsecured claims: $ 594.67
Remaining balance: $ 33,212.49

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 33,212.49

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $587.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 32,625.07.

**UST Form 101-7-TFR (10/1/2010)**

# Claims Proposed Distribution

## Case: 04-71259    KNUTSON-GOLDEN, MARGARET E.

| Case Balance: | $43,123.34 | Total Proposed Payment: | $43,123.34 | | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 2 | AMCORE BANK, N.A. | Secured | 3,285.91 * | 0.00 | 0.00 | 0.00 | 0.00 | 43,123.34 |
| | JOSEPH D. OLSEN <2200-00 Trustee Expenses> | Admin Ch. 7 | 22.50 | 22.50 | 0.00 | 22.50 | 22.50 | 43,100.84 |
| | JOSEPH D. OLSEN <2100-00 Trustee Compensation> | Admin Ch. 7 | 1,799.83 | 1,799.83 | 0.00 | 1,799.83 | 1,799.83 | 41,301.01 |
| | Yalden, Olsen & Willette <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 906.50 | 906.50 | 0.00 | 906.50 | 906.50 | 40,394.51 |
| 1 | AMCORE BANK, N.A. | Unsecured | 385.99 | 385.99 | 0.00 | 385.99 | 385.99 | 40,008.52 |
| 3 | Capital One Bank | Unsecured | 1,232.32 | 1,232.32 | 0.00 | 1,232.32 | 1,232.32 | 38,776.20 |
| 4 | Capital One Bank | Unsecured | 4,588.94 | 4,588.94 | 0.00 | 4,588.94 | 4,588.94 | 34,187.26 |
| 5 | ALLIED BUSINESS ACCOUNTS, INC. | Unsecured | 380.10 | 380.10 | 0.00 | 380.10 | 380.10 | 33,807.16 |
| 6 | eCAST Settlement Corporation assignee of | Unsecured | 594.67 | 594.67 | 0.00 | 594.67 | 594.67 | 33,212.49 |
| 1I | AMCORE BANK, N.A. | Unsecured | 31.57 | 31.57 | 0.00 | 31.57 | 31.57 | 33,180.92 |
| 3I | Capital One Bank | Unsecured | 100.79 | 100.79 | 0.00 | 100.79 | 100.79 | 33,080.13 |
| 4I | Capital One Bank | Unsecured | 375.33 | 375.33 | 0.00 | 375.33 | 375.33 | 32,704.80 |
| 5I | ALLIED BUSINESS ACCOUNTS, INC. | Unsecured | 31.09 | 31.09 | 0.00 | 31.09 | 31.09 | 32,673.71 |
| 6I | eCAST Settlement Corporation assignee of | Unsecured | 48.64 | 48.64 | 0.00 | 48.64 | 48.64 | 32,625.07 |
| SURPLUS | KNUTSON-GOLDEN, MARGARET E. | Unsecured | 32,625.07 | 32,625.07 | 0.00 | 32,625.07 | 32,625.07 | 0.00 |
| | Total for Case 04-71259 : | | $46,409.25 | $43,123.34 | $0.00 | $43,123.34 | $43,123.34 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $2,728.83 | $2,728.83 | $0.00 | $2,728.83 | 100.000000% |
| Total Secured Claims : | $3,285.91 | $0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $40,394.51 | $40,394.51 | $0.00 | $40,394.51 | 100.000000% |

(*) Denotes objection to Amount Filed

## Surplus to Debtor & Interest on Claims

### Trustee: JOSEPH D. OLSEN (330400)

Case: 04-71259 KNUTSON-GOLDEN, MARGARET E.       Petition Date: 03/04/04    Date of Proposed Payment: 11/15/10

| Claim # | Claimant Name | T_Code | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Proposed Interest | Total Proposed | Maximum Interest |
|---|---|---|---|---|---|---|---|---|---|
|  | Yalden, Olsen & Willette | 3110-00 | 906.50 | 0.00 | 906.50 | 906.50 |  | 906.50 |  |
|  | JOSEPH D. OLSEN | 2200-00 | 22.50 | 0.00 | 22.50 | 22.50 |  | 22.50 |  |
|  | JOSEPH D. OLSEN | 2100-00 | Ignore 1,799.37 | 0.00 | 1,799.37 | 1,799.83 |  | 1,799.83 |  |
| 1 | AMCORE BANK, N.A. | 7100-00 | 385.99 | 0.00 | 385.99 | 385.99 | 31.57 | 417.56 | 31.57 |
| 1I | AMCORE BANK, N.A. | 7990-00 | Ignore 31.57 | 0.00 | 31.57 |  |  |  |  |
| 2 | AMCORE BANK, N.A. | 4110-00 | 0.00 | 0.00 | 0.00 |  |  |  |  |
| 3 | Capital One Bank | 7100-00 | 1,232.32 | 0.00 | 1,232.32 | 1,232.32 | 100.79 | 1,333.11 | 100.79 |
| 3I | Capital One Bank | 7990-00 | Ignore 100.79 | 0.00 | 100.79 |  |  |  |  |
| 4 | Capital One Bank | 7100-00 | 4,588.94 | 0.00 | 4,588.94 | 4,588.94 | 375.33 | 4,964.27 | 375.33 |
| 4I | Capital One Bank | 7990-00 | Ignore 375.33 | 0.00 | 375.33 |  |  |  |  |
| 5 | ALLIED BUSINESS ACCOUNTS, INC. | 7100-00 | 380.10 | 0.00 | 380.10 | 380.10 | 31.09 | 411.19 | 31.09 |
| 5I | ALLIED BUSINESS ACCOUNTS, INC. | 7990-00 | Ignore 31.09 | 0.00 | 31.09 |  |  |  |  |
| 6 | eCAST Settlement Corporation assignee of | 7200-00 | 594.67 | 0.00 | 594.67 | 594.67 | 48.64 | 643.31 | 48.64 |
| 6I | eCAST Settlement Corporation assignee of | 7990-00 | Ignore 48.64 | 0.00 | 48.64 |  |  |  |  |
| SURPLUS | KNUTSON-GOLDEN, MARGARET E. | 8200-00 | 32,625.07 | 0.00 | 32,625.07 | 32,625.07 |  | 32,625.07 |  |
|  | **Subtotal for Claims:** |  | **$43,122.88** | **$0.00** | **$43,122.88** | **$42,535.92** | **$587.42** | **$43,123.34** | **$587.42** |
|  | **Case Total:** |  | **$43,122.88** | **$0.00** | **$43,122.88** | **$42,535.92** | **$587.42** | **$43,123.34** | **$587.42** |

# Surplus to Debtor & Interest on Claims

### Trustee: JOSEPH D. OLSEN (330400)

Case: 04-71259 KNUTSON-GOLDEN, MARGARET E.

Petition Date: 03/04/04   Date of Proposed Payment: 11/15/10

### Disbursement Summary

| | | PAID | DUE | TOTAL |
|---|---|---|---|---|
| 2100 | Trustee Compensation | $0.00 | $1,799.83 | $1,799.83 |
| 7990 | Interest | $0.00 | $587.42 | $587.42 |
| 8100 | Exemptions | $0.00 | $0.00 | $0.00 |
| 8200 | Excess Funds (Surplus+Equity) | $0.00 | $32,625.07 | $32,625.07 |
| 8500 | Funds Paid to 3rd Party | $0.00 | $0.00 | $0.00 |
| | All Other Disbursements | $0.00 | $8,111.02 | $8,111.02 |
| | Total : | $0.00 | $43,123.34 | $43,123.34 |

### Compensation Calculation

| | |
|---|---|
| Total Compensable Disbursements | $10,498.27 |
| Less Trustee Compensation | ( $1,799.83) |
| Total Compensable Disbursements except Trustee Compensation (X) | $8,698.44 |
| Calculated Compensation (Y) | $1,799.83 |

$$Y = \frac{(X - \$5,000.00) \times 10\% + \$1,250.00}{0.90}$$

### Surplus to Debtor Calculation

| | | |
|---|---|---|
| Gross Receipts | $43,123.34 | |
| Plus Additional Funds to be Received | $0.00 | |
| Total Projected Gross Receipts | $43,123.34 ▶ | $43,123.34 |
| Less Compensable Disbursements: | | |
|   Interest Disbursements @ 1.2200% | $587.42 | |
|   Trustee Compensation | $1,799.83 | |
|   Other Compensable Disbursements | $8,111.02 | |
|   Total Compensable Disbursements | $10,498.27 ▶ | ( $10,498.27) |
| Less Exemptions | | $0.00 |
| Less Funds Paid to 3rd Parties | | $0.00 |
| Excess Funds (Surplus to Debtor + Equity Security Holder) | | $32,625.07 |

### Compensation Proof

| | |
|---|---|
| Total Projected Gross Receipts | $43,123.34 |
| Less Non-Compensable Disbursements: | |
|   Less Exemptions | $0.00 |
|   Less Funds Paid to 3rd Parties | $0.00 |
|   Excess Funds | ( $32,625.07) |
| Projected Net Estate | $10,498.27 |
| 25% of first $5,000.00 | 1,250.00 |
| 10% of next $5,498.27 | 549.83 |
| 5% of next $0.00 | 0.00 |
| 3% of remainder $0.00 | 0.00 |
| Total Compensation | $1,799.83 |

### Selected Report Options

Ignore Existing Trustee Compensation Claims and Recalculate
    Create/Update Trustee Compensation Claim and Update Compensation Worksheet
Ignore Existing Interest Claims and Recalculate
    Create/Update Interest Claims
    Exclude Admin. Claims from Interest Calculation
Create/Update Surplus to Debtor Claims

## Surplus to Debtor & Interest on Claims

### Trustee: JOSEPH D. OLSEN (330400)

Case: 04-71259 KNUTSON-GOLDEN, MARGARET E.  Petition Date: 03/04/04  Date of Proposed Payment: 11/15/10

| Claim # | Claimant Name | T_Code | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Proposed Interest | Total Proposed | Maximum Interest |
|---|---|---|---|---|---|---|---|---|---|
|  | Yalden, Olsen & Willette | 3110-00 | 906.50 | 0.00 | 906.50 | 906.50 |  | 906.50 |  |
|  | JOSEPH D. OLSEN | 2200-00 | 22.50 | 0.00 | 22.50 | 22.50 |  | 22.50 |  |
|  | JOSEPH D. OLSEN | 2100-00 | Ignore 1,799.37 | 0.00 | 1,799.37 | 1,799.83 |  | 1,799.83 |  |
| 1 | AMCORE BANK, N.A. | 7100-00 | 385.99 | 0.00 | 385.99 | 385.99 | 31.57 | 417.56 | 31.57 |
| 1I | AMCORE BANK, N.A. | 7990-00 | Ignore 31.57 | 0.00 | 31.57 |  |  |  |  |
| 2 | AMCORE BANK, N.A. | 4110-00 | 0.00 | 0.00 | 0.00 |  |  |  |  |
| 3 | Capital One Bank | 7100-00 | 1,232.32 | 0.00 | 1,232.32 | 1,232.32 | 100.79 | 1,333.11 | 100.79 |
| 3I | Capital One Bank | 7990-00 | Ignore 100.79 | 0.00 | 100.79 |  |  |  |  |
| 4 | Capital One Bank | 7100-00 | 4,588.94 | 0.00 | 4,588.94 | 4,588.94 | 375.33 | 4,964.27 | 375.33 |
| 4I | Capital One Bank | 7990-00 | Ignore 375.33 | 0.00 | 375.33 |  |  |  |  |
| 5 | ALLIED BUSINESS ACCOUNTS, INC. | 7100-00 | 380.10 | 0.00 | 380.10 | 380.10 | 31.09 | 411.19 | 31.09 |
| 5I | ALLIED BUSINESS ACCOUNTS, INC. | 7990-00 | Ignore 31.09 | 0.00 | 31.09 |  |  |  |  |
| 6 | eCAST Settlement Corporation assignee of | 7200-00 | 594.67 | 0.00 | 594.67 | 594.67 | 48.64 | 643.31 | 48.64 |
| 6I | eCAST Settlement Corporation assignee of | 7990-00 | Ignore 48.64 | 0.00 | 48.64 |  |  |  |  |
| SURPLUS | KNUTSON-GOLDEN, MARGARET E. | 8200-00 | 32,625.07 | 0.00 | 32,625.07 | 32,625.07 |  | 32,625.07 |  |
|  | **Subtotal for Claims :** |  | **$43,122.88** | **$0.00** | **$43,122.88** | **$42,535.92** | **$587.42** | **$43,123.34** | **$587.42** |
|  | **Case Total :** |  | **$43,122.88** | **$0.00** | **$43,122.88** | **$42,535.92** | **$587.42** | **$43,123.34** | **$587.42** |

Printed: 10/21/10 09:55 AM                                                                                    Page: 2

# Surplus to Debtor & Interest on Claims
### Trustee: JOSEPH D. OLSEN (330400)

Case: 04-71259 KNUTSON-GOLDEN, MARGARET E.                    Petition Date: 03/04/04   Date of Proposed Payment: 11/15/10

### Disbursement Summary

|      |                              | PAID   | DUE         | TOTAL       |
|------|------------------------------|--------|-------------|-------------|
| 2100 | Trustee Compensation         | $0.00  | $1,799.83   | $1,799.83   |
| 7990 | Interest                     | $0.00  | $587.42     | $587.42     |
| 8100 | Exemptions                   | $0.00  | $0.00       | $0.00       |
| 8200 | Excess Funds (Surplus+Equity)| $0.00  | $32,625.07  | $32,625.07  |
| 8500 | Funds Paid to 3rd Party      | $0.00  | $0.00       | $0.00       |
|      | All Other Disbursements      | $0.00  | $8,111.02   | $8,111.02   |
|      | Total :                      | $0.00  | $43,123.34  | $43,123.34  |

### Surplus to Debtor Calculation

| | |
|---|---|
| Gross Receipts | $43,123.34 |
| Plus Additional Funds to be Received | $0.00 |
| Total Projected Gross Receipts | $43,123.34 ▶ $43,123.34 |
| Less Compensable Disbursements: | |
|    Interest Disbursements @ 1.2200% | $587.42 |
|    Trustee Compensation | $1,799.83 |
|    Other Compensable Disbursements | $8,111.02 |
|    Total Compensable Disbursements | $10,498.27 ▶ ( $10,498.27) |
| Less Exemptions | $0.00 |
| Less Funds Paid to 3rd Parties | $0.00 |
| Excess Funds (Surplus to Debtor + Equity Security Holder) | $32,625.07 |

### Selected Report Options

Ignore Existing Trustee Compensation Claims and Recalculate
   Create/Update Trustee Compensation Claim and Update Compensation Worksheet
Ignore Existing Interest Claims and Recalculate
   Create/Update Interest Claims
   Exclude Admin. Claims from Interest Calculation
Create/Update Surplus to Debtor Claims

### Compensation Calculation

| | |
|---|---|
| Total Compensable Disbursements | $10,498.27 |
| Less Trustee Compensation | ( $1,799.83) |
| Total Compensable Disbursements except Trustee Compensation (X) | $8,698.44 |
| Calculated Compensation (Y) | $1,799.83 |

$$Y = \frac{(X - \$5{,}000.00) \times 10\% + \$1{,}250.00}{0.90}$$

### Compensation Proof

| | |
|---|---|
| Total Projected Gross Receipts | $43,123.34 |
| Less Non-Compensable Disbursements: | |
|    Less Exemptions | $0.00 |
|    Less Funds Paid to 3rd Parties | $0.00 |
|    Excess Funds | ( $32,625.07) |
| Projected Net Estate | $10,498.27 |
| 25% of first $5,000.00 | 1,250.00 |
| 10% of next $5,498.27 | 549.83 |
| 5% of next $0.00 | 0.00 |
| 3% of remainder $0.00 | 0.00 |
| Total Compensation | $1,799.83 |