**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KNUTSON-GOLDEN, MARGARET E.         § Case No. 04-71259
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $49,500.00 *(without deducting any secured claims)* | Assets Exempt: $9,700.00 |
| Total Distribution to Claimants: $7,769.44 | Claims Discharged Without Payment: $417.56 |
| Total Expenses of Administration: $2,728.83 | |

3) Total gross receipts of $ 43,123.34 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 32,625.07 (see **Exhibit 2**), yielded net receipts of $10,498.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,285.91 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,728.83 | 2,728.83 | 2,728.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 8,187.00 | 8,187.00 | 7,769.44 |
| **TOTAL DISBURSEMENTS** | $0.00 | $14,201.74 | $10,915.83 | $10,498.27 |

    4) This case was originally filed under Chapter 7 on March 04, 2004. The case was pending for 85 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2011          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MALPRACTICE SUIT | 1149-000 | 43,118.22 |
| Interest Income | 1270-000 | 5.12 |
| **TOTAL GROSS RECEIPTS** | | **$43,123.34** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KNUTSON-GOLDEN, MARGARET E. | Dividend paid 100.00% on $32,625.07; Claim# SURPLUS; Filed: $32,625.07; Reference: | 8200-000 | 32,625.07 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$32,625.07** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AMCORE BANK, N.A. | 4110-000 | N/A | 3,285.91 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,285.91** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,799.83 | 1,799.83 | 1,799.83 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 22.50 | 22.50 | 22.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 906.50 | 906.50 | 906.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,728.83 | 2,728.83 | 2,728.83 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMCORE BANK, N.A. | 7100-000 | N/A | 385.99 | 385.99 | 0.00 |
| 1I | AMCORE BANK, N.A. | 7990-000 | N/A | 31.57 | 31.57 | 0.00 |
| 3 | Capital One Bank | 7100-000 | N/A | 1,232.32 | 1,232.32 | 1,232.32 |
| 3I | Capital One Bank | 7990-000 | N/A | 100.79 | 100.79 | 100.79 |
| 4 | Capital One Bank | 7100-000 | N/A | 4,588.94 | 4,588.94 | 4,588.94 |
| 4I | Capital One Bank | 7990-000 | N/A | 375.33 | 375.33 | 375.33 |
| 5 | ALLIED BUSINESS ACCOUNTS, INC. | 7100-000 | N/A | 380.10 | 380.10 | 380.10 |
| 5I | ALLIED BUSINESS ACCOUNTS, INC. | 7990-000 | N/A | 31.09 | 31.09 | 31.09 |
| 6 | eCAST Settlement Corporation assignee of | 7200-000 | N/A | 594.67 | 594.67 | 594.67 |
| 6I | eCAST Settlement Corporation assignee of | 7990-000 | N/A | 48.64 | 48.64 | 48.64 |
| | United States Bankruptcy Court | 7100-001 | N/A | 417.56 | 417.56 | 417.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 8,187.00 | 8,187.00 | 7,769.44 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-71259 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | KNUTSON-GOLDEN, MARGARET E. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******97-65 - Money Market Account |
| Taxpayer ID #: | **-***1811 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/06/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/10 | {6} | Law Office of Kenneth C. Chessick, M.D. | Settlement re: Schleicher, et al. | 1149-000 | 43,118.22 | | 43,118.22 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.98 | | 43,120.20 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.56 | | 43,122.76 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 43,123.11 |
| 10/21/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.23 | | 43,123.34 |
| 10/21/10 | | To Account #9200******9766 | Prep. of Amd Dist. | 9999-000 | | 43,123.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 43,123.34 | 43,123.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 43,123.34 | |
| | | | **Subtotal** | | 43,123.34 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$43,123.34** | **$0.00** | |

{} Asset reference(s)

Printed: 04/06/2011 10:49 AM    V.12.56

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 04-71259  
**Case Name:** KNUTSON-GOLDEN, MARGARET E.  
**Taxpayer ID #:** **-***1811  
**Period Ending:** 04/06/11  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******97-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/21/10 | | From Account #9200******9765 | Prep. of Amd Dist. | 9999-000 | 43,123.34 | | 43,123.34 |
| 10/27/10 | 101 | Yalden, Olsen & Willette | Dividend paid 100.00% on $906.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 906.50 | 42,216.84 |
| 10/27/10 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $22.50, Trustee Expenses;  Reference: | 2200-000 | | 22.50 | 42,194.34 |
| 10/27/10 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,799.83, Trustee Compensation;  Reference: | 2100-000 | | 1,799.83 | 40,394.51 |
| 10/27/10 | 104 | AMCORE BANK, N.A. | Dividend paid 100.00% on $385.99; Claim# 1; Filed: $385.99; Reference: Stopped on 01/25/11 | 7100-004 | | 385.99 | 40,008.52 |
| 10/27/10 | 105 | Capital One Bank | Dividend paid 100.00% on $1,232.32; Claim# 3; Filed: $1,232.32; Reference: | 7100-000 | | 1,232.32 | 38,776.20 |
| 10/27/10 | 106 | Capital One Bank | Dividend paid 100.00% on $4,588.94; Claim# 4; Filed: $4,588.94; Reference: | 7100-000 | | 4,588.94 | 34,187.26 |
| 10/27/10 | 107 | ALLIED BUSINESS ACCOUNTS, INC. | Dividend paid 100.00% on $380.10; Claim# 5; Filed: $380.10; Reference: | 7100-000 | | 380.10 | 33,807.16 |
| 10/27/10 | 108 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $594.67; Claim# 6; Filed: $594.67; Reference: | 7200-000 | | 594.67 | 33,212.49 |
| 10/27/10 | 109 | AMCORE BANK, N.A. | Dividend paid 100.00% on $31.57; Claim# 1I; Filed: $31.57; Reference: Stopped on 01/25/11 | 7990-004 | | 31.57 | 33,180.92 |
| 10/27/10 | 110 | Capital One Bank | Dividend paid 100.00% on $100.79; Claim# 3I; Filed: $100.79; Reference: | 7990-000 | | 100.79 | 33,080.13 |
| 10/27/10 | 111 | Capital One Bank | Dividend paid 100.00% on $375.33; Claim# 4I; Filed: $375.33; Reference: | 7990-000 | | 375.33 | 32,704.80 |
| 10/27/10 | 112 | ALLIED BUSINESS ACCOUNTS, INC. | Dividend paid 100.00% on $31.09; Claim# 5I; Filed: $31.09; Reference: | 7990-000 | | 31.09 | 32,673.71 |
| 10/27/10 | 113 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $48.64; Claim# 6I; Filed: $48.64; Reference: | 7990-000 | | 48.64 | 32,625.07 |
| 10/27/10 | 114 | KNUTSON-GOLDEN, MARGARET E. | Dividend paid 100.00% on $32,625.07; Claim# SURPLUS; Filed: $32,625.07; Reference: | 8200-000 | | 32,625.07 | 0.00 |
| 01/25/11 | 104 | AMCORE BANK, N.A. | Dividend paid 100.00% on $385.99; Claim# 1; Filed: $385.99; Reference: Stopped: check issued on 10/27/10 | 7100-004 | | -385.99 | 385.99 |
| 01/25/11 | 109 | AMCORE BANK, N.A. | Dividend paid 100.00% on $31.57; Claim# 1I; Filed: $31.57; Reference: Stopped: check issued on 10/27/10 | 7990-004 | | -31.57 | 417.56 |
| 01/25/11 | 115 | United States Bankruptcy Court | unclmd funds Ck# 104 & #109 | 7100-001 | | 417.56 | 0.00 |

Subtotals :  $43,123.34    $43,123.34

{} Asset reference(s)

Printed: 04/06/2011 10:49 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-71259 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** KNUTSON-GOLDEN, MARGARET E. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******97-66 - Checking Account |
| **Taxpayer ID #:** **-***1811 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 04/06/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **43,123.34** | **43,123.34** | **$0.00** |
| | | | Less: Bank Transfers | | 43,123.34 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **43,123.34** | |
| | | | Less: Payments to Debtors | | | 32,625.07 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,498.27** | |

| Net Receipts : | 43,123.34 |
|---|---|
| Net Estate : | $43,123.34 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******97-65** | 43,123.34 | 0.00 | 0.00 |
| **Checking # 9200-******97-66** | 0.00 | 10,498.27 | 0.00 |
| | **$43,123.34** | **$10,498.27** | **$0.00** |